UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IX FUTURE LTD., <br>     Plaintiff. <br> v. <br> PROMIA INC., et al., <br>     Defendants. | Case No.  15-cv-05225-JCS <br><br> **ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on February 19, 2016, before this Court in the above-entitled case.  Plaintiff was not present.  Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff appear on **March 11, 2016, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on February 19, 2016, for failure to prosecute, and for failure to comply with the Court's Order of November 17, 2015.  A case management conference is also scheduled for **March 11, 2016**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated:  February 23, 2016

_____
JOSEPH C. SPERO
Chief Magistrate Judge